AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of False Identification Document (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment, $100,000 fine, 5 years probation, 1 year supervised release, $25 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION  2:51

**DEFENDANT - U.S**

▶ GABRIEL MURRILLO-ZUNIGA

DISTRICT COURT NUMBER
CR08-586 WDB

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    W. DOUGLAS SPRAGUE, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

Defendant Address:
17323 Via Frances, San Lorenzo, CA 94580

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Sept. 15, 2008, 10:00am   Before Judge: WAYNE D. BRAZIL

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 08-586 WDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1028(a)(4) – Possession of False Identification Document (Class A Misdemeanor) |
| v. | |
| GABRIEL MURRILLO-ZUNIGA, | OAKLAND VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about July 18, 2007, in the Northern District of California, the defendant,

GABRIEL MURRILLO-ZUNIGA,

did knowingly possess an identification document (other than one issued lawfully for his use), authentication feature, and false identification document, namely, a fraudulent birth certificate, with the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4).

DATED:   August 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By _____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

INFORMATION